IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Pibolis, Anthony R | Case Number: 07 B 17913 |
|---|---|---|
| | Pibolis, Kathleen S | Judge: Wedoff, Eugene R |
| | Printed: 5/20/08 | Filed: 10/1/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 24, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,139.98 | |
| Secured: | | 1,245.52 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,660.39 |
| Trustee Fee: | | 234.07 |
| Other Funds: | | 0.00 |
| Totals: | 4,139.98 | 4,139.98 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David M Siegel | Administrative | 3,124.00 | 2,660.39 |
| 2. | Dell Financial Services, Inc | Secured | 0.00 | 0.00 |
| 3. | ACC Consumer Finance | Secured | 15,381.25 | 1,245.52 |
| 4. | Residential Loan Centers Of America | Unsecured | 191.31 | 0.00 |
| 5. | Target National Bank | Unsecured | 37.34 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 162.26 | 0.00 |
| 7. | Dell Financial Services, Inc | Unsecured | 95.13 | 0.00 |
| 8. | Capital One | Unsecured | 163.95 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 62.13 | 0.00 |
| 10. | Capital One | Unsecured | 138.05 | 0.00 |
| 11. | Capital One | Unsecured | 97.03 | 0.00 |
| 12. | U.S. Department Of Education | Unsecured | 714.24 | 0.00 |
| 13. | Target National Bank | Unsecured | 32.20 | 0.00 |
| 14. | ACC Consumer Finance | Unsecured | 0.00 | 0.00 |
| 15. | Household Financial Corporation | Unsecured | 2,789.98 | 0.00 |
| 16. | Portfolio Recovery Associates | Unsecured | 39.83 | 0.00 |
| 17. | Chrysler Credit | Unsecured | 460.71 | 0.00 |
| 18. | Chase Bank | Unsecured | | No Claim Filed |
| 19. | Chase Bank | Unsecured | | No Claim Filed |
| 20. | Chase Bank | Unsecured | | No Claim Filed |
| 21. | Citibank | Unsecured | | No Claim Filed |
| 22. | Comcast | Unsecured | | No Claim Filed |
| 23. | Condell Acute Care Center | Unsecured | | No Claim Filed |
| 24. | Condell Acute Care Center | Unsecured | | No Claim Filed |
| 25. | Condell Medical Center | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Pibolis, Anthony R
Pibolis, Kathleen S
Printed: 5/20/08

Case Number: 07 B 17913
Judge: Wedoff, Eugene R
Filed: 10/1/07

| # | Creditor | Type | | |
|---|---|---|---|---|
| 26. | Direct Tv | Unsecured | | No Claim Filed |
| 27. | HSBC | Unsecured | | No Claim Filed |
| 28. | Nicor Gas | Unsecured | | No Claim Filed |
| 29. | HFC | Unsecured | | No Claim Filed |
| 30. | Lake Forest Hospital | Unsecured | | No Claim Filed |
| 31. | Kaplan | Unsecured | | No Claim Filed |
| 32. | Lake Forest Hospital | Unsecured | | No Claim Filed |
| 33. | Lake Forest Hospital | Unsecured | | No Claim Filed |
| 34. | Provena | Unsecured | | No Claim Filed |
| 35. | Mercy Medical Center | Unsecured | | No Claim Filed |
| 36. | Mercy Medical Center | Unsecured | | No Claim Filed |
| 37. | North Suburban | Unsecured | | No Claim Filed |
| 38. | AT&T | Unsecured | | No Claim Filed |
| 39. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 40. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 41. | SST | Unsecured | | No Claim Filed |
| 42. | Universal Restoration Service | Unsecured | | No Claim Filed |
| 43. | TRS Services | Unsecured | | No Claim Filed |
| 44. | Washml/Prov | Unsecured | | No Claim Filed |
| 45. | Washington Mutual | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 23,489.41 | $ 3,905.91 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 171.97 |
| 6.5% | 62.10 |
| | _____ |
| | $ 234.07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

